UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re: MARK R. GREGORY, Debtor(s). | Chapter 13 Case No. 18-13571-CJP |
|---|---|

**ENTRY OF APPEARANCE AND REQUEST FOR SERVICE**
**IN ACCORDANCE WITH BANKRUPTCY RULE 2002**

The undersigned hereby enters an appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V as serviced by Rushmore Loan Management Services LLC, and respectfully requests that he be placed on the service list and that all copies of all orders, pleadings, notices and all other documents, including notice of any abandonment of property, that are filed with this Court or with the Office of the United States Trustee and served on parties in interest be duly served on the undersigned at the address set forth in accordance with Fed. R. Bankr. P. 2002.

Respectfully submitted,

*/s/ Richard C. Demerle, Esq.*
Michael Swain, Esq. (BBO# 676513)
Richard C. Demerle, Esq. (BBO#652242)
Demerle Hoeger LLP
10 City Square
Boston, MA 02129
(617) 337-4444
(617) 337-4496 (fax)
Bankruptcy@DHNewEngland.com

DATE:  September 9, 2022

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re: <br><br> MARK R. GREGORY, <br><br>      Debtor(s). | Chapter 13 <br> Case No. 18-13571-CJP |
|---|---|

**CERTIFICATE OF SERVICE**

I, Richard C. Demerle, Esq. of the law firm of Demerle Hoeger LLP, hereby certify that I have this 9th day of September, 2022 served on behalf of U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V as serviced by Rushmore Loan Management Services LLC an <u>Entry of Appearance and Request for Service in Accordance with Bankruptcy Rule 2002</u> and this <u>Certificate of Service</u> by causing copies hereof to be sent to all parties entitled to service per the Federal Rules of Bankruptcy Procedure by electronic mail via the Case Management / Electronic Case Files (ECF) system and by first-class U.S. mail (M) to all parties not appearing electronically.

| Mark R. Gregory <br> 130 Winslow Cemetery Road <br> Marshfield, MA 02050 (M) | Steven R. Striffler <br> Law Office of Steven R. Striffler <br> 21 McGrath Highway, Suite 301 <br> Quincy, MA 02169 (ECF) |
|---|---|
| John Fitzgerald <br> Office of the US Trustee <br> J.W. McCormack Post Office & Courthouse <br> 5 Post Office Sq., 10th Fl, Suite 1000 <br> Boston, MA 02109 (ECF) | Carolyn Bankowski <br> Chapter 13-12 Trustee Boston <br> P. O. Box 8250 <br> Boston, MA 02114 (ECF) |

*/s/ Richard C. Demerle, Esq.*
Richard C. Demerle, Esq.