United States Bankruptcy Court

District of Massachusetts

| | |
|---|---|
| In re: | Case No. 18-13571-cjp |
| Mark R. Gregory | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0101-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 06, 2022 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark R. Gregory, 130 Winslow Cemetery Rd, Marshfield, MA 02050-5511 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Oct 08, 2022 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carolyn Bankowski-13-12 | 13trustee@ch13boston.com |
| Craig B. Rule | on behalf of Creditor Freedom Mortgage Corporation bankruptcyNE@orlans.com ANHSOrlans@InfoEx.com |
| Jason Giguere | on behalf of Creditor Freedom Mortgage Corporation bankruptcyNE@orlans.com ANHSOrlans@InfoEX.com |
| John Fitzgerald | USTPRegion01.BO.ECF@USDOJ.GOV |
| Joseph Dolben | on behalf of Creditor Harley-Davidson Credit Corp mabk@harmonlaw.com jdolben@ecf.courtdrive.com |
| Michael Lushan | on behalf of Creditor Ally Financial Inc. lushan@lushlaw.com |

District/off: 0101-1 | User: admin | Page 2 of 2
Date Rcvd: Oct 06, 2022 | Form ID: pdf012 | Total Noticed: 1

Michael E Swain
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V as serviced by Rushmore Loan Management Services LLC mswain@dhnewengland.com, bankruptcy@dhnewengland.com

Reneau J. Longoria
    on behalf of Creditor Freedom Mortgage Corporation rjl@dgandl.com  mbd@dgandl.com;bs@dgandl.com

Richard C. Demerle
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V as serviced by Rushmore Loan Management Services LLC RDemerle@DHNewEngland.com, bankruptcy@DHNewEngland.com

Steven R. Striffler
    on behalf of Debtor Mark R. Gregory steve@strifflerlaw.com  strifflersr81644@notify.bestcase.com

TOTAL: 10

Dated: 10/6/2022

ALLOWED.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

Mark R. Gregory

      Debtor

_____/

Chapter 13
Case Number 18-13571-CJP
Honorable Christopher J. Panos

## MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY AND FOR SUBSTITUTION OF COUNSEL

Now comes Jason J. Giguere and hereby moves that, subject to the approval of the Court, Attorney Jason J. Giguere be substituted for Craig B. Rule as counsel of record for Freedom Mortgage Corporation.

As successor counsel is contemporaneously herewith entering his appearance, movant would ask that he be exempt from the requirements of MLBR 9010-3(b) which would require him to serve the order permitting this motion on all parties in interest.

Date: October 5, 2022

Respectfully Submitted,

/s/ Jason J. Giguere
Jason J. Giguere, Esq. 667662
Shawn Masterson, Esq. 658276
Orlans PC
Attorneys for Freedom Mortgage Corporation
PO Box 540540
Waltham, MA 02454
(781) 790-7800
Email: bankruptcyNE@orlans.com
File Number: 22-000034

Date: October 5, 2022

Respectfully Submitted,

/s/ Craig B. Rule
Craig B. Rule, Esq. 569123
Orlans PC
PO Box 540540
Waltham, MA 02454
(781) 790-7800
Email: bankruptcyNE@orlans.com
File Number: 22-000034